## HENRY HUDSON *versus* ROBERT SMART

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 199; (2) continued *p. 260; (3) discontinued *p. 342.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance and bail piece; (5) declaration; (6) plea of non assumpsit; (7) precipe for subpoena; (8) subpoena; (9) precipe for subpoena; (10) subpoena; (11) precipe for subpoena; (12) subpoena; (13) memo. of settlement.

*1821 Calendar*, MS p. 26.  Recorded in *Book B*, MS pp. 74–77.

## JAMES BABY, SR., *versus* JAMES MAY

JOURNAL ENTRIES (1821–27): *Journal 3:* (1) Leave to withdraw declaration *p. 199; (2) continued *p. 260; (3) referred *p. 280; (4) rule of reference extended *p. 343; (5) continued *p. 426; (6) referred *p. 492. *Journal 4:* (7) Rule of reference extended MS p. 93; (8) dismissed MS p. 140.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit, notice of set off, demand for bill of particulars; (5) precipe for subpoena; (6) subpoena; (7) agreement for reference; (8) memo. re settlement; (9) statement of accounts.

*1821 Calendar*, MS p. 29.